THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SIMMON E. SMITH, Defendant-Appellant.

(No. 55188; ▮▮▮▮▮▮▮▮)

First District—March 28, 1972.

Opinion by Mr. JUSTICE LEIGHTON.

Gerald W. Getty, Public Defender, of Chicago, (Herbert Becker, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Terence J. Mahoney, Assistant State's Attorneys, of counsel,) for the People.